RECEIVED
IN MONROE, LA
AUG 18 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ABDULA CONTEK | CIVIL ACTION NO. 05-0904 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ALBERTO GONZALES, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss (Doc. #17) is **GRANTED**, that the Motion for Summary Judgment (Doc. #13) is **DENIED AS MOOT**, and the petition for writ of *habeas corpus* (28 U.S.C. §2241) is **DENIED** and **DISMISSED** without prejudice.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 16 day of August, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE